

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00018-CV

———————————————

IN RE DWIGHT ERVIN BROWN, Relator

---

Original Proceeding
Denton County
Trial Court Nos. F90-577-B, F90-578-B, F90-579-B, F91-640-B

---

Before Womack, Gabriel, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: January 13, 2020